UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

JUL - 9 2025

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v.. | ) No. |
| | ) |
| LAMONDRE HAYNES, | ) |
| | ) |
| Defendant. | ) |

**4:25-cr-00363 HEA/JSD**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 2, 2025, in St. Louis County, within the Eastern District of Missouri,

**LAMONDRE HAYNES,**

the Defendant herein, in connection with the acquisition of one or more firearms, a Glock, model 20C, 10mm caliber pistol bearing serial number CFAC676 and a Glock, model 17C, 9mm caliber pistol bearing serial number CEZA288, from Mid America Arms, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and/or fictitious written statement to Mid America Arms, which statement was intended and likely to deceive Mid America, as to a fact material to the lawfulness of such sale of the said firearm to Defendant under Chapter 44 of Title 18, United States Code, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm indicated on the Form 4473, when in fact, as Defendant then knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 922(a)(6) and punishable under Title 18, United States Code, Section 924(a)(2).

In violation of Title 18, United States Code, Section 924(a)(1) and punishable under Title 18, United States Code, Section 924(a)(1).

A TRUE BILL.

_____

FOREPERSON

MATTHEW T. DRAKE
Acting United States Attorney

_____

JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney