UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) |
| v. | ) Case No. 4:25-CR-00363-ZMB |
| LAMONDRE HAYNES, Defendant. | ) |

**DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR A DOWNWARD VARIANCE**

COMES NOW defendant Lamondre Haynes, by and through counsel, Assistant Federal Public Defender Andrew Cortopassi, and requests that this Honorable Court grant a downward variance and impose a sentence of incarceration in the Bureau of Prisons below the applicable guidelines range. In support, and with the aid of the Presentence Investigation Report in identifying factors pursuant to 18 U.S.C. § 3553(a), he states the following:

Growing up, Lamondre Haynes never had a positive marital relationship to look up to. His parents, Manuel Haynes and Shante Reed, ended up divorcing when Lamondre was just ten years old. He recalls spending weekdays with his mother and weekends with his father. Despite spending the week with Shante, Lamondre never fully felt a close relationship with her as she worked full-time to provide for him. He soon found himself being raised by men in the neighborhood. Try as she might to make ends meet for Lamondre, his mother was evicted frequently leading to constant moving. This resulted in Lamondre never feeling settled and being bullied at school as the new kid.

His first brush with death occurred when he was just thirteen years old as Lamondre's

friend died by apparent suicide after having been found hanging in his bedroom. Unfortunately, this would not be the only one of his friends Lamondre lost. He reports being a witness to numerous instances of friends dying at the hands of gun violence. It is no surprise that Lamondre started using marijuana at the young age of fifteen as a coping mechanism. As he never dealt healthily with this childhood trauma, mental health treatment would do well to help heal his mental scars.

Those mental scars are not the only ones which afflict Lamondre. He has also suffered physically as well. Lamondre seriously hurt his left knee at a relatively young age in 2009 and was treated at St. Children's Hospital for it. Reportedly, it was an anterior cruciate ligament tear. Lamondre was also treated for severe back pain in 2019 and 2025 resulting in a diagnosis of a sprained lumbar. Despite this, he has been able to maintain his job in warehousing, a career which he has held since 2014 at various companies. To diversify his future career prospects post incarceration, Lamondre seeks to obtain vocational/educational training in heating, ventilation, and air conditioning while in the Bureau of Prisons.

As Lamondre has no criminal history, this is his first experience in the criminal justice system and will be his first stint of incarceration. He has had minimal violations while on pretrial release and continues to financially contribute to the raising of his children, aged five and seven. For visitation purposes, Lamondre requests being placed in a facility as close to the St. Louis Metro Area as possible. He looks forward to the day of his eventual release when he can be reunited with his family and become a productive member of society.

For the aforementioned reasons pursuant to 18 U.S.C. § 3553(a), Lamondre Haynes requests that this Honorable Court grant a downward variance and impose a sentence of incarceration in the Bureau of Prisons below the applicable guideline range, a sentence which is sufficient, but not greater than necessary.

Respectfully submitted,

/s/ Andrew Cortopassi
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241 1255
Fax: 314 241 3177
E-Mail: Andrew_Cortopassi@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jennifer Szczucinski, Assistant United States Attorney.

/s/ Andrew Cortopassi